UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                                          Case No. 10-cr-20-01-SM

<u>Michael S. Caruso</u>

<u>O R D E R</u>

Defendant's assented-to motion to continue the trial (document no. 9) is granted. Trial has been rescheduled for the July 2010 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than May 17, 2010. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

| | |
|---|---|
| Final Pretrial Conference: | July 9, 2010 at 11:30 PM |
| Jury Selection: | July 20, 2010 at 9:30 AM |

SO ORDERED.

May  10, 2010

_____
Steven J. McAuliffe
Chief  Judge

cc:   Counsel of Record
      U. S. Probation
      U. S. Marshal